UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOAN P. FRASER,

     Plaintiff,

v.                     CASE NO: 8:08-cv-379-T-23TBM

HILLSBOROUGH COUNTY HOUSING
DEPARTMENT, et al.,

     Defendants.
_____/

## <u>ORDER</u>

Pursuant to a standing order of this court dated January 5, 1998, this matter was referred to the United States Magistrate Judge.  Following the Magistrate Judge's April 8, 2008, report and recommendation (Doc. 7), the plaintiff objects (Doc. 8).  A <u>de novo</u> determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the motion.  Accordingly, the Magistrate Judge's report and recommendation (Doc. 7) is **ADOPTED**.  Pursuant to 28 U.S.C. § 1915(e)(2), the plaintiff's motion to proceed <u>in forma pauperis</u> (Doc. 3) is **DENIED WITHOUT PREJUDICE** and the amended complaint (Doc. 5) is **DISMISSED WITHOUT PREJUDICE**.  Within twenty days of the date of this order, the plaintiff may file a second amended complaint that complies with the pleading requirements of the Federal Rules of Civil Procedure and the Local Rules, failing which this action will be dismissed without

further notice.  The plaintiff is urged to seek the assistance of an attorney before again

filing papers in this court.

ORDERED in Tampa, Florida, on April 23, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE